UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorney(s) for Debtor

In Re:

ELIZABETH ANN CHIANDUSSE

Order Filed on October 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-10439

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 24, 2019__ :

Property:    __4512 Skyline Drive, Ringwood, New Jersey 07456__

Creditor:    __Shellpoint Mortgage Servicing__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __December 31, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*