UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey  07017
Tel. 973-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Elizabeth Ann Chiandusse

| | |
|---|---|
| In Re:<br><br>ELIZABETH ANN CHIANDUSSE,<br><br>                    Debtor | Case No.:     19-10439<br>Judge:          JKS<br>Chapter:       13 |

# CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by   Hyundai Lease Titling Trust  , creditor,

    A hearing has been scheduled for   August 27, 2020  , at 10:00 a.m.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☒ **Other (explain your answer):**
The secured creditor did not follow Local Bankruptcy Rule 4001(a)(3) and did not provide a post-petition payment history. We respectfully request that the motion be denied or adjourned until such time that the creditor complies with the rule. The debtor will then review the payment history and make a proposal to pay any arrears.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 20, 2020                        /s/David G. Beslow, Esq.
                                             Debtor's Attorney

Date: _____                        _____
                                             Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*