UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Hyundai Lease Titling Trust
Our File No.: 51524
JM-5630

**Order Filed on September 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Elizabeth Ann Chiandusse

Case No.:    19-10439

Hearing Date:

Judge:    JKS

Chapter:    13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ Hyundai Lease Titling Trust _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

   2019 Kia Sorento
   Vehicle Identification Number
   5XYPGDA31KG463949

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2