UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq,. #MG-8019
Attorneys for Debtor(s), Elizabeth Ann Chiandusse

In Re:

  ELIZABETH ANN CHIANDUSSE

| | |
|---|---|
| Case No.: | 19-10439 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 24, 2019        :

Property:        4512 Skyline Drive, Ringwood, New Jersey 07456

Creditor:        Shellpoint Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor                        , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by                            , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including November 30, 2020                  .

☐ The Loss Mitigation Period is terminated, effective                                    .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*