| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Mark Goldman, Esq,. #MG-8019<br>Attorneys for Debtor(s), Elizabeth Ann Chiandusse | Order Filed on December 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ELIZABETH ANN CHIANDUSSE | Case No.: 19-10439<br>Chapter: 13<br>Judge: JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 2, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 24, 2019:

Property: 4512 Skyline Drive, Ringwood, New Jersey 07456

Creditor: Shellpoint Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including January 31, 2021.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10439-JKS |
| Elizabeth Ann Chiandusse | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID        Recipient Name and Address**
db              + Elizabeth Ann Chiandusse, 451 Skyline Lake Drive, Ringwood, NJ 07456-1954

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

**Name**                **Email Address**

Clifford B. Frish
                        on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
                        cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

David G. Beslow
                        on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
                        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

John R. Morton, Jr.
                        on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
                        on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com,
                        bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1

Mark Goldman
    on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7