| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Elizabeth Ann Chiandusse* |
| In Re:<br><br>**ELIZABETH ANN CHIANDUSSE,**<br><br>Debtor |

Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-10439

Chapter:     13

Judge:       JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: January 21, 2021

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:         2
Debtor(s):    Elizabeth Ann Chiandusse
Case No.:     19-10439/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $4,242.50 for services rendered and expenses in the amount of $ 152.85 for a total of $4,395.35 of which $400.00 has already been received by said attorney and of which the balance of $3,995.35 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

  XX  through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.