Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19–10439–JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Ann Chiandusse
   451 Skyline Lake Drive
   Ringwood, NJ 07456

Social Security No.:
   xxx–xx–7187

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on April 16, 2019.

    On 2/4/21 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                March 11, 2021
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 4, 2021
JAN: wdh

                                                                                             Jeanne Naughton
                                                                                             Clerk