Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.: 19−10439−JKS
                                   Chapter: 13
                                   Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth Ann Chiandusse
    451 Skyline Lake Drive
    Ringwood, NJ 07456

Social Security No.:
   xxx−xx−7187

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      8/19/21
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$1,714.94

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the amount of pro rata distribution.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 9, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth Ann Chiandusse  
    Debtor

Case No. 19-10439-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jul 09, 2021      Form ID: 137      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Ann Chiandusse, 451 Skyline Lake Drive, Ringwood, NJ 07456-1954 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 517958803 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 517958805 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517958806 | + | Arnold Property Management, LLC, Celentano Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 517958811 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517958813 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517958812 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518014592 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517958820 | + | Celentino, Stadtmauer, Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517976838 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517958837 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 517958835 | + | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 518486399 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518128613 | | NewRez Mortgage LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517958845 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517958847 | + | ShellPoint Mortgage, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517958856 | | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 518126927 | + | The Valley Hospital, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517958857 | | UMR, P.O. Box 30541, Salt Lake City, UT 84130-0541 |
| 517958858 | | Valley Medical Group, Attn: 16605X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 517958860 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517958804 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 09 2021 20:29:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517958807 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:56 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:55 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958817 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

Case 19-10439-JKS    Doc 104    Filed 07/11/21    Entered 07/12/21 00:17:56    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: 137 | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517958814 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958816 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:52 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958819 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:52 | Capital One/Dress Barn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958818 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:35 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:37 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:56 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517958829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Comenity Bank/Victorias Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Comenity Bank/Victorias Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517958831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 517958834 | | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517958841 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:55 | Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958843 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:46 | Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958833 | + | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517958821 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 09 2021 20:38:50 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958824 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 09 2021 20:38:34 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958840 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 09 2021 20:28:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517958839 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 09 2021 20:28:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517958846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:51 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518119676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:43 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517958848 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:32 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517958849 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:32 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 517958850 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:32 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517958851 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:32 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517958854 | | Email/Text: bankruptcy@td.com | Jul 09 2021 20:29:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240 |

| 517958852 | | Email/Text: bankruptcy@td.com | Jul 09 2021 20:29:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| --- | --- | --- | --- | --- |
| 517958855 | + | Email/Text: bankruptcy@td.com | Jul 09 2021 20:29:00 | TD Bank, 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517958859 | | Email/Text: collections@wefloridafinancial.com | Jul 09 2021 20:29:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517958808 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958810 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958815 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958842 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958844 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958822 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958823 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958826 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958836 | *+ | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 517958838 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 517958853 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clifford B. Frish | on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 09, 2021 | Form ID: 137 | Total Noticed: 56 |

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7