| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>David G. Beslow, Esq,. #DGB-5300<br>Attorneys for Debtor(s), Elizabeth Ann Chiandusse | Order Filed on August 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   ELIZABETH ANN CHIANDUSSE | Case No.: 19-10439<br><br>Chapter: 13<br><br>Judge: JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 24, 2019   :

Property:   4512 Skyline Drive, Ringwood, New Jersey 07456

Creditor:   Shellpoint Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor      , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by      , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including September 30, 2021   .

☐ The Loss Mitigation Period is terminated, effective      .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2