**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman, Esq. #MG-8019

*Attorneys for Debtor(s), Elizabeth Ann
Chiandusse*

Order Filed on August 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-10439 |
| **ELIZABETH ANN CHIANDUSSE,** | Chapter:   13 |
| Debtor | Judge:   JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 30, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):    Elizabeth Ann Chiandusse
Case No.:    19-10439/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,700.00   for services rendered and expenses in the amount of $ 14.94  for a total of $1,714.94 of which   $.00  has already been received by said attorney and of which the balance of $1,714.94 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

  XX through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.