| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Elizabeth Ann Chiandusse* | |
| In Re:<br><br>**ELIZABETH ANN CHIANDUSSE,**<br><br>Debtor | Case No.: 19-10439<br><br>Chapter:   13<br><br>Judge:   JKS |

Order Filed on August 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 30, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Elizabeth Ann Chiandusse
Case No.:    19-10439/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,700.00  for services rendered and expenses in the amount of $ 14.94  for a total of $1,714.94 of which   $.00  has already been received by said attorney and of which the balance of $1,714.94 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

    _XX_ through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-10439-JKS

Elizabeth Ann Chiandusse                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Aug 30, 2021                       Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth Ann Chiandusse, 451 Skyline Lake Drive, Ringwood, NJ 07456-1954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

**Name**                **Email Address**

Clifford B. Frish
    on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow
    on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Aug 30, 2021     Form ID: pdf903     Total Noticed: 1

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7