Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−10439−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Ann Chiandusse
   451 Skyline Lake Drive
   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−7187

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 15, 2021.

On 12/3/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           January 13, 2022
Time:          08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 6, 2021
JAN: rh

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-10439-JKS
Elizabeth Ann Chiandusse                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                  Page 1 of 4
Date Rcvd: Dec 06, 2021                      Form ID: 185                                 Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Ann Chiandusse, 451 Skyline Lake Drive, Ringwood, NJ 07456-1954 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 517958803 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 517958805 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517958806 | + | Arnold Property Management, LLC, Celentano Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 517958811 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517958813 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517958812 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518014592 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517958820 | + | Celentino, Stadtmauer, Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517958837 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 518486399 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518128613 | | NewRez Mortgage LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517958845 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517958847 | + | ShellPoint Mortgage, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518126927 | + | The Valley Hospital, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517958856 | | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 517958857 | | UMR, P.O. Box 30541, Salt Lake City, UT 84130-0541 |
| 517958858 | | Valley Medical Group, Attn: 16605X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 517958860 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517958804 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 06 2021 20:35:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517958807 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958812 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 06 2021 20:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517958813 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 06 2021 20:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |

Case 19-10439-JKS    Doc 119    Filed 12/08/21    Entered 12/09/21 00:14:35    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 185 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 517958817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517958814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958816 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:24 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958819 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One/Dress Barn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517958829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Victorias Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Victorias Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517958831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 517958834 | | Email/Text: mrdiscen@discover.com | Dec 06 2021 20:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517958841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958833 | + | Email/Text: mrdiscen@discover.com | Dec 06 2021 20:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517976838 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 06 2021 20:36:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517958821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:23 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958835 | + | Email/Text: EBNBKNOT@ford.com | Dec 06 2021 20:36:00 | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 517958840 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517958839 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517958846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2021 20:49:19 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518119676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2021 20:49:26 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517958848 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:17 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517958849 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:17 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |

| 517958850 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:23 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 517958851 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:17 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517958854 | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240 |
| 517958852 | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 517958855 | + Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517958859 | Email/Text: collections@wefloridafinancial.com | Dec 06 2021 20:35:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517958808 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958810 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958815 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958842 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958844 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958822 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958823 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958826 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958836 | *+ | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 517958838 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 517958853 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 06, 2021 | Form ID: 185 | Total Noticed: 56 |

**Name**     **Email Address**

Clifford B. Frish

on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow

on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

John R. Morton, Jr.

on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7