**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 Valuation of Security | 0 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re: **Elizabeth Ann Chiandusse**

Debtor(s)

Case No.: **19-10439**
Judge: **JKS**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required

Date: **12/1/2021**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **/s/ DGB**    Initial Debtor:  **/s/ EAC**    Initial Co-Debtor  _____

### Part 1:  Payment and Length of Plan

a. The debtor has **paid in $10,614.00 to date** over 34 months and shall pay  **100.00 Monthly**  to the Chapter 13 Trustee, starting on  **December 2021**  for approximately **2** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:  _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:  _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:  _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:  Adequate Protection       **X NONE**

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie-Ann Greenberg, Trustee** | **Chapter 13 Trustee Commissions** | Unknown |
| **Goldman & Beslow, LLC** | **Attorney Fees & Costs** | Unknown |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None
   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Shellpoint Mortgage** | **451 Skyline Lake Drive Ringwood, NJ 07456** | $300,00.00 | **Surrender in full satisfaction of debt for bankruptcy purposes only.** |
| **Hyundai Lease Titling Trust** | **2019 Kia Sorrento (leased vehicle)** | $20,875.00 | **Unknown** |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

### Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

### Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

### Part 7:  Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed**

4

with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Chapter 13 Standing Trustee Commissions
2) Other Administrative Claims - including Attorney Fees & Costs
3) Priority Claims
4) Secured Claims
5) Lease Arrearages
6) General Unsecured Claims

### d. Post-Petition Claims

5

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification     ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **2/4/2021**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtor surrendering property for bankruptcy purposes only and to reduce plan from 60 to 36 months as debtor is below median.** | **Debtor surrendering property for bankruptcy purposes only and reducing plan to 36 months as debtor is below median.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **December 1, 2021**    **/s/ Elizabeth Ann Chiandusse**
**Elizabeth Ann Chiandusse**
Debtor

Date: _____    _____
Joint Debtor

Date **December 1, 2021**    **/s/ David G. Beslow, Esq.**
**David G. Beslow, Esq.**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth Ann Chiandusse  
Debtor

Case No. 19-10439-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Dec 06, 2021 | Form ID: pdf901 | Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Ann Chiandusse, 451 Skyline Lake Drive, Ringwood, NJ 07456-1954 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 517958803 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 517958805 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517958806 | + | Arnold Property Management, LLC, Celentano Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 517958811 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517958813 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517958812 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518014592 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517958820 | + | Celentino, Stadtmauer, Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517958837 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 518486399 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518128613 | | NewRez Mortgage LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517958845 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517958847 | + | ShellPoint Mortgage, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518126927 | + | The Valley Hospital, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517958856 | | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 517958857 | | UMR, P.O. Box 30541, Salt Lake City, UT 84130-0541 |
| 517958858 | | Valley Medical Group, Attn: 16605X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 517958860 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517958804 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 06 2021 20:35:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517958807 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958812 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 06 2021 20:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517958813 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 06 2021 20:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |

Case 19-10439-JKS    Doc 120    Filed 12/08/21    Entered 12/09/21 00:14:35    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: pdf901 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 517958817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517958814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958816 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958819 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One/Dress Barn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517958818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:25 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517958829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Victorias Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958830 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Victorias Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517958831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517958832 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 517958834 | | Email/Text: mrdiscen@discover.com | Dec 06 2021 20:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517958841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:27 | Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958833 | + | Email/Text: mrdiscen@discover.com | Dec 06 2021 20:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517976838 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 06 2021 20:36:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517958821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:23 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958835 | + | Email/Text: EBNBKNOT@ford.com | Dec 06 2021 20:36:00 | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 517958840 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517958839 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517958846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2021 20:49:19 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518119676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2021 20:49:20 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517958848 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:23 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517958849 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:17 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |

| Recip ID | Bypass | Email/Type | Date | Name and Address |
|---|---|---|---|---|
| 517958850 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:17 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517958851 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:23 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517958854 | | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240 |
| 517958852 | | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 517958855 | + | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517958859 | | Email/Text: collections@wefloridafinancial.com | Dec 06 2021 20:35:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517958808 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517958810 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517958815 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517958842 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 517958844 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/DSNB, Po Box 8218, Mason, OH 45040 |
| 517958822 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958823 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517958825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958826 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517958836 | *+ | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 517958838 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 517958853 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021           Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 06, 2021 | Form ID: pdf901 | Total Noticed: 56

| Name | Email Address |
|---|---|
| Clifford B. Frish | on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Elizabeth Ann Chiandusse yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7