Certificate Number: 14912-NJ-DE-036387724

Bankruptcy Case Number: 19-10439



14912-NJ-DE-036387724

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2022, at 10:50 o'clock AM EST, Elizabeth Chiandusse completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 10, 2022              By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor