| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Elizabeth Ann Chiandusse | Case No. | **19-10439** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I.    **Elizabeth Ann Chiandusse**    . debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☒    I am not required to pay domestic support obligations.

   ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    2|22|2022

Elizabeth Ann Chiandusse
Debtor's Signature

**IMPORTANT:**
o   **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
o   **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**